**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| PABLO CEBALLOS, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | 2:07-cv-1023-GMN-PAL |
| | ) | |
| vs. | ) | USCA No. 11-16104 |
| | ) | |
| BRIAN WILLIAMS; et al., | ) | |
| | ) | |
| Respondents-Appellees. | ) | **ORDER** |
| | ) | |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, counsel for the petitioner-appellant was ordered appointed (#48). Therefore;

IT IS HEREBY ORDERED that the **Nevada Federal Public Defender** (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is appointed as counsel to represent petitioner-appellant **Pablo Ceballos**.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED this 13th day of April, 2012.

_____
GLORIA M. NAVARRO
United States District Judge